## NASH v. DISTRICT OF COLUMBIA.
### No. 403.

Municipal Court of Appeals for the
District of Columbia.
July 22, 1946.

Before CAYTON, Chief Judge, and
HOOD and CLAGETT, Associate Judges.

PER CURIAM.

The last day for filing appellant's brief
was June 28. Appellant did not file it nor
did he seek an extension of time for such
filing.

The case was placed on our July calendar, to be called on July 15. It was not
until then that counsel appeared and made
an oral motion for leave to file the brief,
stating no reason except that he had been
busy with other matters. That is hardly
a persuasive ground for an extension of
time under these circumstances. We recently said that:

" * * * the great majority of lawyers
have had no difficulty in complying with
such rules and that even the busiest lawyer
can manage to guard against expiration
dates by applying for extensions before he
is in default. And we have been rather
liberal in granting such extensions when
sought in due time." Karika v. District of
Columbia, D.C.Mun.App., 47 A.2d 93.

See also Graves v. MacDonald, D.C.
Mun.App., 47 A.2d 91, and cases there
cited.

But even under a liberal view of the
matter it cannot be said that appellant has
given any satisfactory explanation for his
delay. It is true that on July 2 the District
filed a motion to extend the time for filing
its brief, on the ground that two of the assistants to the Corporation Counsel were
on vacation. This motion was of course
more than timely, for appellant had not yet
filed his brief, and it should have served as
a reminder to appellant that his brief was
overdue; but still he took no action until
the case was called in open court.

In the circumstances, we must deny the
highly belated application for extension of
time, and dismiss the appeal.

Appeal dismissed.